NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
       opancheri@spencerfane.com

*Attorneys for Defendant International Game Technology*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON MICHAELIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, and BRIGHTSTAR GLOBAL SOLUTIONS CORPORATION, a Delaware corporation,<br><br>Defendants. | Civil Case No.: 2:25-cv-01918-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT INTERNATIONAL GAME TECHNOLOGY TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Jason Michaelis, by and through his undersigned counsel of record, and Defendant International Game Technology ("Defendant" or "IGT"), by and through its undersigned counsel of record, that IGT shall have an additional 30 days to answer or otherwise respond to the Plaintiff's Complaint (ECF No. 1). Plaintiff served IGT with the Complaint on October 13, 2025, making Defendant's current response deadline November 3, 2025. With an additional 30 days, Defendant's deadline to answer or otherwise respond to complaint is extended to December 3, 2025.

Good cause exists for the extension set forth herein.

***First***, the parties have met and conferred to discuss seeking to consolidate this action with four separate related actions pending against Defendant IGT and Defendant Brightstar Global

1  Solutions Corporation in this Court (collectively, the "Related Actions").[1] The parties agree that
2  consolidation is proper and preferable under Federal Rule of Civil Procedure 42(a) and Local Rule
3  42-1(b) because the Related Actions involve common questions of law and fact, and consolidating
4  them into a single action would promote judicial economy and efficiency.

5  The parties need additional time to prepare their joint motions to consolidate for each
6  action. *See* LR 42-1(b) ("A party seeking consolidation must file and serve the motion in each of
7  the pending lawsuits the party seeks to have consolidated.").

8  **Second**, the law firm of Spencer Fane LLP was just recently retained and, through the
9  instant stipulation, is appearing for the first time in the case. Therefore, Spencer Fane LLP requires
10 time to make the transition and familiarize itself with the facts and legal issues of the case in order
11 to respond to the Complaint.

12 **Third**, Defendant requires additional time to prepare a response to the Complaint due to
13 the complexity of the case and number of claims asserted.

14 This is the first extension requested for Defendant's deadline to respond to the Complaint
15 and is not made for the purpose of delay. Defendant and Plaintiff (through their undersigned
16 counsel) have met and conferred regarding this stipulated extension.

17 / / /
18 / / /
19 / / /

---

[1] The other Related Actions are: *Loescher et al. v. IGT et al.*, 2:25-cv-01956-RFB-NJK (D. Nev.); *Martinelli et al. v. IGT et al.*, 2:25-cv-01917-GMN-NJK (D. Nev.); *Schoenbrun et al. v. IGT et al.*, 2:25-cv-02048-NJK (D. Nev.); *Ziman et al. v. IGT et al.*, 2:25-cv-01954-JAD-BNW (D. Nev.).

|  |  |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and among Defendant IGT and Plaintiff Michaelis |
| 2 | that Defendant's deadline to answer or otherwise respond to the Complaint (ECF No. 1) shall be |
| 3 | **December 3, 2025**. |
| 4 | **IT IS SO STIPULATED.** |
| 5 | Dated this 29th day of October 2025. |

**STRANCH, JENNINGS & GARVEY, PLLC**

*/s/ Nathan R. Ring*
NATHAN R. RING, ESQ.
Nevada Bar No. 12078
3100 W. Charleston Blvd., Suite 208
Las Vegas, NV 89102
Tel.: (725) 235-9750
Email: nring@stranchlaw.com

GRAYSON WELLS
(*pro hac vice*)

MILES SCHILLER
(*pro hac vice*)

*Attorneys for Plaintiff Jason Michaelis*

**SPENCER FANE LLP**

*/s/ Oliver J. Pancheri*
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Email: nsantoro@spencerfane.com
       opancheri@spencerfane.com

*Attorneys for Defendant International Game Technology*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 29, 2025